Form a0asgncl

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402−1819**

---

In Re: Jack W Waters Jr.
      Tina Poteet−Waters
           Debtor(s)
SSN/TAX ID:
    xxx−xx−6705
    xxx−xx−3200

Case No.: 3:09−bk−35278

Chapter: 13

Judge: Lawrence S. Walter

---

### NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by HSBC Bank Nevada NA for the transfer of a claim originally filed by Capital One NA.

The transfer/assignment designates HSBC Bank Nevada NA as the transferor and Capital One NA as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is February 1, 2013. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: January 11, 2013

                              FOR THE COURT:
                              Kenneth Jordan
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Southern District of Ohio

In re:                                                                 Case No. 09-35278-lsw
Jack W Waters, Jr.                                                     Chapter 13
Tina Poteet-Waters
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0648-3           User: hoskinsa            Page 1 of 2            Date Rcvd: Jan 11, 2013
                               Form ID: a0asgncl        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2013.
db/jdb         +Jack W Waters, Jr.,   Tina Poteet-Waters,   7990 Allison Avenue,   Dayton, OH 45415-2203
15809070       +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
                 Tucson, AZ 85712-1083
13051190       +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2013**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0648-3          User: hoskinsa              Page 2 of 2                  Date Rcvd: Jan 11, 2013
                              Form ID: a0asgncl           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2013 at the address(es) listed below:
          Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
          Donald F Harker    on behalf of Debtor Jack Waters dharkerlaw@gmail.com
          Jeffrey M Kellner    ecfclerk@dayton13.com
          Laura R Faulkner    on behalf of Creditor  Union Savings Bank ecfsdo@weltman.com
          Scott M Engle    certifiedappraisal@roadrunner.com
                                                                                             TOTAL: 5